UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERI FORD,

                Plaintiff,

-against-

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 4064 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on March 17, 2006, granting defendant's motion for summary judgment on plaintiff's discrimination and retaliation claims; and dismissing the complaint in its entirety; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted on plaintiff's discrimination and retaliation claims; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       March 17, 2006

                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court